**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 12-1060**

—————————

NATIONAL BENEFIT LIFE INSURANCE COMPANY, a corporation,

              Plaintiff – Appellee,

       v.

WINSTON L. SPENCE, JR., Individually and as parent and next
friend of J.S., a minor,

              Defendant – Appellant,

       and

JAYSON SPENCE,

              Defendant.

—————————

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  John Preston Bailey,
Chief District Judge.  (3:11-cv-00031-JPB)

—————————

Submitted:  May 31, 2012                Decided:  June 7, 2012

—————————

Before KEENAN, WYNN, and FLOYD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Winston L. Spence, Jr., Appellant Pro Se.   Charity K. Flynn,
SPILMAN, THOMAS & BATTLE, PLLC, Charleston, West Virginia, for
Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Winston L. Spence, Jr., appeals the district court's order granting summary judgment to National Benefit Life Insurance Company and determining that the proceeds of Silvana Sital's life insurance policy should be divided equally between her sons, Jayson Spence, an adult, and J.S., a minor. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Nat'l Benefit Life Ins. Co. v. Spence, Case No. 3:11-cv-00031-JPB (N.D. W. Va. Dec. 12, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED